Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Penn.__

__Civil__ Division

Case No. __1:22-CV-227__
_(to be filled in by the Clerk's Office)_

__See Attached__
_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

__See Attached__
_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

IFP
Cat 4
15BI

RECEIVED
JUL 2 0 2022
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WETESRN DISTRICT OF PENNSYLVANIA

Frederick Bowen, Plaintiff,

v.

Civil Action No. 1:22-CV-227

Ms. Deborah Ann Monnie
Mr. Patrick Nosko, CHCA
Mr. Luke Vogan R.N.S.
Mr. Steven Uruquhart P.N.
Mr. Micahel Edwards R.N.

## COMPLAINT FOR VIOLATION OF CIVIL RGHTS
(Prisoner Complaint)

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *See Attached*
All other names by which you have been known:
ID Number:
Current Institution:
Address:

*City*    *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: *See Attached*
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

*City*    *State*    *Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

*City*    *State*    *Zip Code*

☐ Individual capacity    ☐ Official capacity

Page 2 of 11

1.  The Parties to This Complaint

    A.  The Plaintiff(s)
        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Frederick Bowen
        NJ-9102
        SCI Albion
        10745 Route 18
        Albion, Pa. 16475-0002

    B.  The Defendant(s)
        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For individual defendant, include the person's job title *(if known)* and check whether you bringing this complaint against them ion their individual capacity or official capacity, or both. Attach additional pages if needed.

        The Defendant No.1
            Deborah Ann Monnie
            Nurse (Practical Nurse)
            SCI Albion (WellPath)
            10745 Route 18
            Albion, Pa. 16475-0002
            ☒ Individual capacity    ☒ Official capacity

        Defendant No.2
            Patrick Nosko
            Correctional Health Care Administrator
            SCI Albion
            10745 Route 18
            Albion, Pa. 16475-0002
            ☒ Individual capacity    ☐ Official capacity

        Defendant No.3
            Luke Vogan
            Register Nurse
            SCI Albion (WellPath)
            10745 Route 18
            Albion, Pa. 16475-0002
            ☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name    _See Attached_
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                      *City*                *State*           *Zip Code*
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                      *City*                *State*           *Zip Code*
    ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_See Attached_

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No.4
  Steven Uruquhart
  Practical Nurse
  SCI Albion (WellPath)
  10745 Route 18
  Albion, Pa. 16475-0002
  ☒ Individual capacity    ☐ Official capacity

Defendnat No.5
  Michael Edwards
  Registered Nurse
  SCI Albion (WellPath)
  10745 Route 18
  Albion, Pa. 16475-0002
  ☒ Individual capacity    ☐ Official capacity

II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "Deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitution rights.

   A.   Are you bringing suit against (check all that apply) :

        ☐ Federal officials (a Biven Claim)

        ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 claims alleging the "Deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
        Eighth (8th) Amendment Right, defendants' systematic failure to provide a constitutionally adequate level of care reflected a deliberate indifference to plaintiffs' serious medical needs. Fourteenth (14th) Amendment inadequate medical care

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are violated by federal officials

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____See Attached_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____They where acting under color of law and state_____

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____N/A_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____SCI Albion, See Attached_____

REFERENCING PARTS
B,C,D (of pages 4 and 5)

The plaintiff was given the wrong insulin and/or procedure:

1. On 12-10-21 approx. 7:45 a.m. plaintiff arrived at west side insulin station

2. at window #1 plaintiff did his blood sugar check, his blood sugar was 232, from window #1 plaintiff walked over to window #2 after the nurse working window #1 told the nurse Deborah Ann Moonie, window #2 what insulin plaintiff is prescribed.

3. Plaintiff walked over to the window where nurse Deborah Ann Monnie was working. Plaintiff is prescribed two (2) types of insulin that requires two separate syringes, otherwise if both insulin are mixed in one syringe causes a adverse chemical reaction. Plaintiff received one injection, plaintiff asked nurse Ms. Monnie if she put both insulin in the one syringe? Nurse Monnie stated "oh shit, yes I did." The insulin was "R" 6cc and insulin stmglee 25cc.

4. Plaintiff was then told to go to the waiting area to be seen. Plaintiff waited for about 20 minutes, plaintiff the saw Mr. Stroup walking through the waiting area thinking plaintiff was awaiting him, Mr. Stroup informed plaintiff that he (Mr. Stroup) has nothing to do with what took place or the insulin station, or what the nurse (MS. Monnie) does while working there. Plaintiff then returned to Bravo, Bravo unit because he was not seen by anyone.

5. Shortly after returning to Bravo, Bravo unit the Medical Department called the unit and plaintiff was told to return to the Medical Department.

6. Once Plaintiff returned to the Medical Department, plaintiff was sent to room #2, there his vitals where checked, vblood pressure reading was 134/92. Plaintiff's sugar was checked again which was 272 from the previous reading of 232. At this time it was approx. 8:40 a.m.

7 Shortly after plaintiff's vitals and blood sugar where checked, R.N.S. Mr. Vogan entered room #2 to tell plaintiff the insulin he received was insulin "H" 25cc, which plaintiff knew was not true because of the response nurse Monnie gave him when he asked her from the beginning of the incident.

8. When plaintiff questioned R.N.S. Mr. Vogan about what he (Mr. Vogan) was telling plaintiff, Mr. Vogan, got upset and stated, "haven't you ever made a mistake before?" at that moment plaintiff no longer wanted to talk with Mr. Vogan.

9. A short time later, Dr. Baird came to inform plaintiff that he should no be in sever harms way because if plaintiff was, she (Dr. Baird) would have admitted him into the infirmary for observation.

10. A short time after that plaintiff was allowed to return to Bravo, Bravo unit. But was advised that he may have to receive another insulin injection at 11:00 a.m. insulin line if Plaintiff's blood sugar was still high because of the incident that took place.

11. At 11:00 a.m. west side insulin station plaintiff had to receive an additional insulin injection. Plaintiff was only receiving two insulin injections daily at the time, but since the incident took place, plaintiff started feeling ill, light headed.

12. At 3:30 p.m. insulin station plaintiff's blood sugar dropped to 154.

13. Around 3:30 p.m. when plaintiff started feeling ill, light headed and not his normal self.

14. Around 8:00 p.m. plaintiff started vomiting for no reason, the vomiting continued throughout the night and slowly stopped. But then the migraine headaches started and still continues to this day.

15. On 12-11-21, at approx. 7:30 a.m. plaintiff's blood sugar reading was 272, he knew something was wrong at that point. He returned to Bravo, Bravo unit a short time later he was sent to the Medical Department by the block officer, because of the vomiting and migraine headaches from vomiting overnight.

16. Once at the Medical Department, plaintiff was seen by nurse Mr, Urquhart and documentation was done by nurse Ms. Gibbs.

17. Plaintiff's vitals where checked, plaintiff explained the reason for coming to medical.

18. Both Ms. Gibbs and Mr. Urquhart where less interested in plaintiffs reason for his visit to medical and more interested in trying to convince plaintiff of the insulin he was given on 12-10-21.

19. After short conversation I told them I wanted to be seen by a doctor, I filled out a sick call slip and then returned to my unit.

20. It was not until 1-4-22 that plaintiff was seen for his adverse reactions, even after submitting two additional sick call slips.

21. Then plaintiff was told they where no longer going to preload insulin injections. Which they continue to still do, allow for more wrong insulin and/or procedures.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

_See Attached pages 4a and 4b_

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attached pages 4a and 4b_

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_See Attached pages 4a and 4b_

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A) Jury Trial Demanded
B) Compensatory Damages from All defendants
C) Punitive Damages from All defendants
D) Nominal damages from All defendants
E) Reasonable Attorneys fees and cost
F) Such other relief the Court deems just and equitable
G) TRO/Preliminary Injunction See Attached

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCI Albion 10745 Route 18 Albion Albion, Pa. 16475

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

Incorrect insulin and/or procedure

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1. Where did you file the grievance?

    SCI Albion insitution mail (per grievance procedure)

2. What did you claim in your grievance?

    Administering incorrect insulin and/or procedure

3. What was the result, if any?

    Denial

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    Appeal to facility manager and central office

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Filed grievance

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Filed grievance

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   See Attached Exhibit "A"

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

     Plaintiff(s)    N/A

     Defendant(s)    N/A

  2. Court *(if federal court, name the district; if state court, name the county and State)*

     N/A

  3. Docket or index number

     N/A

  4. Name of Judge assigned to your case

     N/A

  5. Approximate date of filing lawsuit

     N/A

  6. Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition    N/A

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/13/22

Signature of Plaintiff: *Frederick Bowen*
Printed Name of Plaintiff: Frederick Bowen
Prison Identification #: NJ-9102
Prison Address: SCI Albion 10745 Route 18
Albion, Pa. 16475
City / State / Zip Code

**B. For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____